United States District Court Northern District Of Florida
Pensacola Division

Caleem LaRonde
  Plaintiff,

Case No: 3:13cv4/MCR/CJK

v.

Sgt. Charles Mason, et.al,
  Defendants,

## Plaintiff's request for leave to amend his Complaint (3rd)

Comes Now, the plaintiff, Caleem LaRonde, pro-se, pursuant to Rule 15 Fed.R.Civ.P, asking for leave to amend his complaint. In support, the Plaintiff states the following; to wit:

① The plaintiff is opposing the defendant's motion to dismiss. The defendants states that, the plaintiff failed to completely disclose his federal history, and filed a duplicate complaint.

② The plaintiff would like to correct the mistake, by completing his complaint, which requires that all federal history must be disclosed, in order to have a fair and adequate trial, that pertains to his claims.

Therefore, the plaintiff asks this Honorable Court to grant said motion, in order to amend his Complaint, to properly oppose the defendants motion to dismiss. This motion is done in good faith.

Filed0109'14USDcFlnJPM0229

-1-

Arg...

## Certificate Of Service

I certify that the foregoing is a true and correct copy under penalty of perjury, and is to be furnished by mail to: Marcus O. Graper, Matthew F. Vitale, Office of the Attorney General, The Capital, PL-01, Tallahassee, Fl 32399; Michael J. Schofield, 125 West Romana Street, Suite 800 P.O. Box 13010 Pensacola, Fl 32591-3010; Clerk's Office 1. North Palafox Street Pensacola, Fl 32502, from Caleem LaRonde #H18323 on this 1st day of January 2013.

Caleem LaRonde #H18323
Franklin C.I
1760 Hwy 67 North
Carrabelle, Fl 32322

CC. Clerk's Office
  U.S. District Court
Northern District
Pensacola Division

2.

Caleem LaRonde # H18323
Franklin C.I.
1760 Hwy 67 North
Carrabelle, Fl 32322

CIERK'S Offic
1. North Palafox
Pensacola, Fl 3

INDIGENT LEGAL MAIL

INDIGENT LEGAL MAIL