UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CALEEM LARONDE,**

      **Plaintiff,**

v.                                          Case No. 3:13cv4/MCR/CJK

**CHARLES MASON, et al.,**

      **Defendants.**

_____/

## ORDER

     Pending before the Court is the Report and Recommendation of the Magistrate Judge filed on February 13, 2014 (doc. 63), pursuant to 28 U.S.C. § 636(b)(1)(B).  The parties have been given an opportunity to file objections.  No timely objections have been filed.  Having fully reviewed the Recommendation and the record, the Report and Recommendation is adopted.

     Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 63) is adopted and incorporated by reference in this order.

2. Defendants Mason, Nieves and Swails' motion to dismiss (doc. 52) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The motion to dismiss for plaintiff's abuse of the judicial process is **DENIED**.

    b. The motion to dismiss for plaintiff's failure to state a claim for the injunctive relief he seeks is **GRANTED**.

    c.    The motion to dismiss based on Eleventh Amendment and sovereign immunity is **DENIED**.

    d.    The motion to dismiss plaintiff's due process claims for failure to state a claim is **GRANTED**.

    e.    The motion to dismiss plaintiff's state law claims as barred by Florida's one-year statute of limitations and defendants' individual immunity from damages is **GRANTED**.

3. Defendant Brady's motion to dismiss (doc. 49) is **GRANTED**.

4. Plaintiff's demand for injunctive relief is **DISMISSED**.

5. Plaintiff's Fourteenth Amendment (substantive due process) claims against defendants Mason, Swails, Nieves and Brady is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

6. Plaintiff's Eighth Amendment claims against defendants Brady and Nieves is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

7. Plaintiff's state law claims against defendants Mason, Swails, Nieves and Brady are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

8. Plaintiff's motion to amend (doc. 58) is **DENIED** and the proposed third amended complaint (doc. 59) shall **NOT TAKE EFFECT**.

9. This matter is referred to the Magistrate Judge for further proceedings on plaintiff's individual capacity claims for damages against defendants Mason and Swails.

**DONE AND ORDERED** this 17th day of March, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No: 3:13cv4/MCR/CJK