UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CALEEM LARONDE,**

       **Plaintiff,**

v.                                    Case No. 3:13cv4/MCR/CJK

**CHARLES MASON, et al.,**

       **Defendants.**
_____/

**ORDER**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 13, 2014 (doc. 71), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely filed objections to the Recommendation,[1] the Recommendation is adopted as the opinion of the Court.  Accordingly, it is now ORDERED as follows:

    1.  The Magistrate Judge's Report and Recommendation (doc. 71) is adopted and incorporated by reference in this Order.

    2.  Plaintiff's motion "Seeking a Transfer from Institution" (doc. 67) is **DENIED**.

    3.  Plaintiff's "Order to Show Cause For a[] Preliminary Injunction" (doc. 68) is **DENIED**.

    **DONE AND ORDERED** this 17th day of April, 2014.

                            *M. Casey Rodgers*
                            **M. CASEY RODGERS**
                            **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] No objections have been filed.