UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALEEM LARONDE,

      Plaintiff,

v.                                                                  Case No. 3:13cv4/MCR/CJK

CHARLES MASON, et al.,

      Defendants.
_____/

## ORDER

This prisoner civil rights case is before the court upon referral from the clerk. Plaintiff having failed to file a proposed fourth amended complaint within the time provided in the court's August 7, 2014 order (doc. 115), plaintiff's motion to amend (doc. 113) will be denied.

The deadline for plaintiff to file his proposed fourth amended coincided with the dispositive motions deadline, August 25, 2014. (*See* Docs. 112, 115). Defendants move to extend the dispositive motions deadline by twenty-one days, until September 15, 2014, on the grounds that they could not reasonably prepare a motion for summary judgment due to coincidence of the amendment and dispositive motions deadlines and uncertainty over what the operative complaint would be on August 25,

2014.  (Doc. 119).  Defendants have shown good cause for extending the dispositive motions deadline, and their motion will be granted.

The discovery deadline expired on August 4, 2014.  (*See* Doc. 112).  At that time, the parties were operating under plaintiff's second amended complaint (doc. 48) which now remains the operative pleading.  Nonetheless, plaintiff moves to re-open discovery for a period of thirty days for the purpose of taking depositions, on the grounds that attorney James Cook sent plaintiff a letter on August 16, 2014, advising plaintiff that he was evaluating plaintiff's case for possible representation.  (Doc. 120).  By order issued June 11, 2014, this court advertised plaintiff's case – on its website and in a notice to members of its bar – as an opportunity for pro bono representation. (Doc. 105).  The order provided that any attorney desiring to appear should file a notice of appearance on or before June 30, 2014.[1]  (Doc. 105).  No attorney has appeared on plaintiff's behalf.  (*See* Doc. 112).  Although the undersigned appreciates any effort of members of the bar to provide counsel in this case, the fact that an attorney has *expressed interest* in plaintiff's case for *possible* representation, without more, does not justify re-opening discovery at this time.

Accordingly, it is ORDERED:

1.  Plaintiff's motion to amend (doc. 113) is DENIED.

2.  Defendants' motion to modify the court's scheduling order by extending the dispositive motions deadline (doc. 119) is GRANTED.

3.  The dispositive motions deadline is RE-OPENED and EXTENDED to **September 15, 2014**.

---

[1] At that time, the discovery deadline was July 1, 2014, a date that had been set by order rendered March 31, 2014. (Doc. 75).  The court extended the discovery deadline on July 3, 2014, at plaintiff's request, to August 4, 2014.  (Doc. 112).

4.  Plaintiff's motion to re-open discovery and extend the discovery deadline (doc. 120) is DENIED, without prejudice in the event a notice of appearance is filed in this matter by pro bono counsel no later than September 10, 2014.

DONE AND ORDERED this 28th day of August, 2014.


/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**