UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALEEM LARONDE,

    Plaintiff,

v.                                  Case No: 3:13cv4/MCR/CJK

CHARLES MASON, et al.,

    Defendants.
_____/

ORDER and
REPORT AND RECOMMENDATION

    This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court upon the parties' joint stipulation of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. (Doc. 181).

    Accordingly, it is ORDERED:

    1. The Report and Recommendation issued April 6, 2015 (doc. 163) is VACATED.

    2. The evidentiary hearing scheduled for June 30, 2015 (*see* doc. 178) is CANCELLED.

    And it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITH PREJUDICE pursuant to the parties' joint stipulation of voluntary dismissal (doc. 181).

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

At Pensacola, Florida, this 17th day of June, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th CIR. R. 3-1; 28 U.S.C. § 636.