Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALEEM LARONDE,

    Plaintiff,

v.                                  Case No: 3:13cv4/MCR/CJK

CHARLES MASON, et al.,

    Defendants.
    _____/

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 17, 2015 (doc. 182), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the court.

    Accordingly, it is now ORDERED as follows:

    1.  The Magistrate Judge's Report and Recommendation (doc. 182) is adopted and incorporated by reference in this Order.

    2.  This case is DISMISSED WITH PREJUDICE pursuant to the parties' joint stipulation of voluntary dismissal (doc. 181).

    3.  All pending motions are DENIED as moot.

    4.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 20th day of July, 2015.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**