# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CALEEM LARONDE,

    Plaintiff,

v.                                            Case No. 3:13cv4/MCR/CJK

CHARLES MASON, et al.,

    Defendants.

_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 4, 2015, ECF No. 191.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 191, is adopted and incorporated by reference in this Order.

2.  Plaintiff's motion for relief from judgment, ECF No. 185, is DENIED

**DONE AND ORDERED** this 1st day of February, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**